# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4025

_____

Patricia Brooks,                                      *
                                                      *
            Appellant,                                *
                                                      *
      v.                                              *   Appeal from the United States
                                                      *   District Court for the
Laboratory Corporation of America,                    *   Western District of Missouri.
                                                      *
            Appellee,                                 *   [UNPUBLISHED]
                                                      *
Patrick Noland, Employee; Michelle                    *
Warneke, Employee,                                    *
                                                      *
            Defendants.                               *

_____

Submitted: June 6, 2007
Filed: June 13, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Patricia Brooks appeals the district court's[1] adverse grant of summary judgment in her employment lawsuit. Following careful review, we affirm for the reasons provided by the district court. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.